

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00788-CV

Ramon **MARTINEZ**, Jr,
Appellant

v.

Oscar B. **REYNA**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2024CV08617
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Irene Rios, Justice
              Lori I. Valenzuela, Justice

Delivered and Filed: April 30, 2025

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due on December 23, 2024. On January 30, 2025, a deputy clerk of this court notified appellant by letter that his brief was past due. On March 21, 2025, we ordered appellant to file, within ten days of the order, his brief and a written response reasonably explaining: (1) his failure to timely file a brief, and (2) why appellee is not significantly injured by appellant's failure to timely file a brief. We warned that if appellant failed to timely file a brief and the written response, we would dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b)–(c). Appellant did not file his brief and written response as ordered, and, to

date, appellant has not filed a brief. Because appellant failed to timely file a brief in this appeal, this appeal is dismissed for want of prosecution. *See id.*

PER CURIAM